In Re: Tareen et al v. Rahim et al
Case No. 22–42220–elm7 –7
Adv. No. 22–04061–elm

# SUMMONS SERVICE EXECUTED

I,  Charles R. Chesnutt

of**  Dallas, Texas

certify:

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

    That on the  23rd  day of  December, 2022 ,  I served a copy of the within summons, together with the complaint filed in this proceeding, on

    Asim A. Rahim

the defendant in this proceeding, by *{describe here the mode of service}*

 I served a copy of the Complaint, Summons, Notice and Scheduling order  via  First Class Mail postage  prepaid

the said defendant at

  2500 State Highway 121
  Apartment 1821
  Euless TX 76039

I certify under penalty of perjury that the foregoing is true and correct.

    Executed on   December 23, 2022       s\ Charles R. Chesnutt
                    *(Date)*                           *(Signature)*

    **  2608 Hibernia Street, Dallas TX 75204
      *State mailing address*