In Re: Tareen et al v. Rahim et al
Case No. 22–42220–elm7 –7
Adv. No. 22–04061–elm

## SUMMONS SERVICE EXECUTED

I,____Charles R. Chesnutt_____

of**__Dallas, Texas_____

certify:


     If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

     That on the __23rd_____ day of ___December, 2022_____,_____ I served a copy of the within summons, together with the complaint filed in this proceeding, on


     Nida Mehwish


the defendant in this proceeding, by *{describe here the mode of service}*


 I served a copy of the Complaint, Summons, Notice and Scheduling order  via  First Class Mail postage  prepaid


the said defendant at

  2500 State Highway 121
  Apartment 1821
  Euless TX 76039

I certify under penalty of perjury that the foregoing is true and correct.


       Executed on ___December 23, 2022___ ____s\ Charles R. Chesnutt_____
                *(Date)*               *(Signature)*


      **__2608 Hibernia Street, Dallas TX 75204_____
      *State mailing address*