Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendants

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Asim Ashfaqur Rahim**<br>   2500 State Hwy 121, Apt. 1821<br>   Euless, TX 76039<br>   SSN: xxx-xx-9147<br><br>Debtor<br><br>**Lucky Investments, Inc. and Saleem Tareen,** Plaintiffs<br><br>**v.**<br><br>**Asim A. Rahim and Nida Mehwish,** Defendants | **Case No. 22-42220-elm7**<br><br>**Chapter 7**<br><br><br><br>**Adversary No. 22-04061-elm** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Asim A. Rahim and Nida Mehwish ("Defendants") *Motion to Dismiss* (Doc. 8) will be held on **Tuesday, February 21, 2023, at 1:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Court, 501 W. 10th Street, Room 204, Fort Worth, TX 76102, and **via Webex, information below:**

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 473 581 124

_____
Notice of Hearing on Defendants' Motion to Dismiss Adversary Complaint

DATED: January 25, 2023.					Respectfully submitted:


								By:    /s/ Clayton L. Everett
								Clayton L. Everett | State Bar No. 24065212
								clayton@norredlaw.com
								Norred Law, PLLC
								515 E. Border St.; Arlington, Texas 76010
								Telephone: (817) 704-3984
								Counsel for Defendants



**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of this Notice was served upon the parties receiving notice via the Court's CM/ECF system. A copy was also mailed to the parties below:

 Attorney for Plaintiffs
 Charles R. Chesnutt
 2608 Hibernia Street, Office 107
 Dallas, TX 75204

								By: __/s/ Clayton L. Everett____

_____
Notice of Hearing on Defendants' Motion to Dismiss Adversary Complaint