Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendants

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Asim Ashfaqur Rahim**<br>  2500 State Hwy 121, Apt. 1821<br>  Euless, TX 76039<br>  SSN: xxx-xx-9147<br><br>Debtor<br><br>**Lucky Investments, Inc. and Saleem Tareen,** Plaintiffs<br><br>**v.**<br><br>**Asim A. Rahim and Nida Mehwish,** Defendants | **Case No. 22-42220-elm7**<br><br>**Chapter 7**<br><br><br><br>**Adversary No. 22-04061-elm** |

## <u>AMENDED NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that a hearing on Asim A. Rahim and Nida Mehwish ("Defendants") *Motion to Dismiss* (Doc. 8) will be held on **<u>Wednesday, February 22, 2023, at 2:30 p.m.</u>** before the Honorable Edward L. Morris, United States Bankruptcy Court, 501 W. 10th Street, Room 204, Fort Worth, TX 76102, and **via Webex, information below:**

   **For WebEx Video Participation/Attendance**:

   Link: https://us-courts.webex.com/meet/morris

   **For WebEx Telephonic Only Participation/Attendance**:

   Dial-In: 1.650.479.3207

   Meeting ID: 473 581 124

_____
Amended Notice of Hearing on Defendants' Motion to Dismiss Adversary Complaint

DATED: February 6, 2023.                    Respectfully submitted:


By:    /s/ Clayton L. Everett
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendants


**CERTIFICATE OF SERVICE**

      I certify that on February 6, 2023, a true and correct copy of this Notice was served upon the parties receiving notice via the Court's CM/ECF system. A copy was also mailed to the parties below:

Attorney for Plaintiffs
Charles R. Chesnutt
2608 Hibernia Street, Office 107
Dallas, TX 75204


By: __/s/ Clayton L. Everett____

_____
Amended Notice of Hearing on Defendants' Motion to Dismiss Adversary Complaint