Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendants

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Asim Ashfaqur Rahim**<br>  2500 State Hwy 121, Apt. 1821<br>  Euless, TX 76039<br>  SSN: xxx-xx-9147<br><br>Debtor<br><br>**Lucky Investments, Inc. and Saleem Tareen,** Plaintiffs<br><br>**v.**<br><br>**Asim A. Rahim and Nida Mehwish,** Defendants | **Case No. 22-42220-elm7**<br><br>**Chapter 7**<br><br><br><br><br><br>**Adversary No. 22-04061-elm** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Asim A. Rahim and Nida Mehwish ("Defendants") *Motion to Dismiss First Amended Complaint Under Federal Rule of Civil Procedure 12(b)* (Dkt. 20) will be held on **Thursday, May 4, 2023, at 1:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Court, 501 W. 10th Street, Room 204, Fort Worth, TX 76102, and **via Webex, information below:**

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 473 581 124

---
Notice of Hearing on Defendants' Motion to Dismiss First Amended Complaint

DATED: March 31, 2023.　　　　　　　　Respectfully submitted:


　　　　　　　　　　　　　　　　　　　By:  /s/ Clayton L. Everett
　　　　　　　　　　　　　　　　　　　Clayton L. Everett | State Bar No. 24065212
　　　　　　　　　　　　　　　　　　　clayton@norredlaw.com
　　　　　　　　　　　　　　　　　　　Norred Law, PLLC
　　　　　　　　　　　　　　　　　　　515 E. Border St.; Arlington, Texas 76010
　　　　　　　　　　　　　　　　　　　Telephone: (817) 704-3984
　　　　　　　　　　　　　　　　　　　Counsel for Defendants


**CERTIFICATE OF SERVICE**

　　　I certify that on March 31, 2023, a true and correct copy of this Notice was served upon the parties receiving notice via the Court's CM/ECF system. A copy was also mailed to the parties below:

Attorney for Plaintiffs
Charles R. Chesnutt
2608 Hibernia Street, Office 107
Dallas, TX 75204

　　　　　　　　　　　　　　　　　　　By:  /s/ Clayton L. Everett

---

Notice of Hearing on Defendants' Motion to Dismiss First Amended Complaint