CHARLES R. CHESNUTT, P.C.
2608 Hibernia Street, Office 107
Dallas TX 75204

COUNSEL FOR LUCKY INVESTMENTS, INC.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                    CASE NO.  22-42220-elm-7

    ASIM A. RAHIM

DEBTOR

---

LUCKY INVESTMENTS, INC.                    ADV. NO. 22-04061

versus

ASIM A. RAHIN

---

### NOTICE OF APPEAL

TO THE HONORABLE EDWARD L. MORRIS
UNITED STATES BANKRUPTCY JUDGE

Now comes Lucky Investments, Inc., a creditor in the above captioned matter, and would show the Court the following that the council for Lucky Investments, Inc. appeals the following order:

Date:   May 22, 2023

Attached.

1

Respectfully submitted by,

s/ Charles R. Chesnutt
_____

CHARLES R. CHESNUTT, P.C.
2608 Hibernia Street, Office 107
Dallas TX 75204    Texas Bar 04186800
_____

972.248.7000
972.559.1872 (fax)
crc@chapter7-11.com

COUNSEL FOR SALEEM TAREEN, CREDITOR


## Certificate of Service

The undersigned hereby certifies that on Monday, June 05, 2023 he caused a copy of the above and foregoing to be served on all those requesting service and on

Mark B. French
Law Office of Mark B. French
1901 Central Drive Suite 704
Bedford, TX 76021

marksndecf@markfrenchlaw.com              VIA email and ECF

s/ Charles R. Chesnutt